UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Case No. 20-CR-45

DANIEL WAYNE SCHWARZ,

    Defendant.

**ORDER TERMINATING PROBATION**

For the reasons set forth in the Motion for Early Termination of Probation and in the absence of any objection by the Government or U.S. Probation, probation is hereby terminated.

**SO ORDERED** at Green Bay, Wisconsin this 7th day of April, 2020.

                                        s/ William C. Griesbach
                                        William C. Griesbach, District Judge
                                        United States District Court